JOHN E. BRANDEGEE, as Executor of MARY E. HACKETT, Deceased, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY, Appellant.

*Brandegee* v. *Metropolitan L. Ins. Co.*, 78 App. Div. 629, affirmed.
(Argued October 26, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*J. W. Rayhill* for appellant.

*F. G. Fincke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.